UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MANUEL FARIAS, III, | ) | 3:15-cv-00032-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (ECF No. 22) filed on April 26, 2017, in which the Magistrate Judge recommends that this court enter an order granting the plaintiff's motion for fees (ECF No. 20) in the amount of $10,571.90. No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Accordingly, with good cause appearing, the court hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (ECF

1

No. 22). Therefore, plaintiff's motion for fees (ECF No. 20) is granted in the amount of $10,571.90.

IT IS SO ORDERED.

DATED: This 22nd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE